Nicolas David ANDREAS,
Plaintiff—Appellant,

v.

Matthew CATE, Defendant,

and

K. Johnson; et al., Defendants—
Appellees.

No. 10–17367.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Jan. 10, 2012.

Nicolas David Andreas, Ione, CA, pro se.

Ellen Hung, Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

## MEMORANDUM **

California state prisoner Nicolas David Andreas appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action, without prejudice, for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We re-

view de novo. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

By failing to discuss the issue of exhaustion in his opening brief, Andreas has waived any arguments that the district court erred in dismissing for nonexhaustion. *See Entm't Research Grp., Inc. v. Genesis Creative Grp., Inc.*, 122 F.3d 1211, 1217 (9th Cir.1997) ("We review only issues which are argued specifically and distinctly in a party's opening brief. We will not manufacture arguments for an appellant, and a bare assertion does not preserve a claim[.]" (citation omitted)); *Wilcox v. Comm'r*, 848 F.2d 1007, 1008 n. 2 (9th Cir.1988) (arguments not raised on appeal by a pro se litigant are deemed abandoned).

Andreas's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

